

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00139-CV

Richard **WALKER**,
Appellant

v.

**SKYVUE APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04545
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant Richard Walker appeals from a judgment against him in an eviction case. The judgment orders appellee Skyvue Apartments to have possession of the property in question and to recover from appellant $6,567.29 in unpaid rent and $1,000.00 in attorney's fees.

Appellee has filed a motion to dismiss the appeal, arguing the case is moot because appellant is no longer in possession of the property. In eviction cases, even when the issue of possession is moot, "[i]ssues on appeal not dependent on the trial court's possession determination are reviewable on appeal." *Devilbiss v. Burch*, No. 04-16-00711-CV, 2018 WL 2418476, at *2 (Tex. App.—San Antonio May 30, 2018, pet. denied) (holding sanctions issue was independent of possession and considering the issue on appeal); *Cavasos v. San Antonio Housing Authority*, No. 04-09-00659-CV, 2010 WL 2772450, at *2 (Tex. App.—San Antonio July 14, 2010, no pet.) (holding when eviction judgment ordered tenant to pay $275.00 for unpaid rent, appeal was not moot with respect to any issue relating to unpaid rent). Accordingly, appellee's motion to dismiss the appeal is CARRIED WITH THE CASE.

The reporter's record, which was due on May 2, 2022, has not been filed. The court reporter is ORDERED to file the reporter's record on or before **October 3, 2022**.

Appellant's brief will be due thirty days after the reporter's record is filed.

FILE COPY

_____
Liza A. Rodriguez, Justice


     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court